PERLIN, C.J.

(No. 6573—

KENT D. RICKEY, Claimant, vs. STATE OF ILLINOIS, MILITARY AND NAVAL DEPARTMENT, Respondent.

*Opinion filed May 9, 1972.*

KENT D. RIKEY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6580—

ST. MARY HOSPITAL, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 9, 1972.*

ST. MARY HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6581—

ST: MARY HOSPITAL, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.